**HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

August 5, 2024

**VIA ECF**
Hon. Joseph A. Marutollo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:   *Lam v. American Business Institute Corp.*
      Civil Docket No. 1:24-cv-00935-DLI-JAM

**Joint Letter Motion for Extension of Time to File Stipulation of Dismissal**

Dear Judge Marutoll:

This office represents Plaintiff Kwai Ying Corinna Lam ("Plaintiff") in the above-referenced matter. Jointly with defendant, we respectfully move this Court for a two-week enlargement of time to file a stipulation of dismissal through August 19, 2024.

This is the first time for the parties to request an extension of time to file a stipulation of dismissal. The current deadline is August 5, 2024, 2024, per Order dated August 4, 2024.

The impetus for the instant motion is that the parties have been able to reach mutually agreeable draft of the settlement agreement earlier today. As such, the parties respectfully request additional time for execution of the same since the settlement agreement provides for a review period.

We appreciate the Court's time and continued attention to this matter.

| | |
|---|---|
| HANG & ASSOCIATES, PLLC | Jackson Lewis P.C. |
| By:_____s/ Ge Qu_____ | By:__s/ Brian J. Shenker_____ |
| Ge Qu, Esq. | Brian J. Shenker, Esq. |
| 136-20-38th Avenue, Ste 10G | 58 South Service Road, Suite 250 |
| Flushing, NY 11354 | Melville, NY 11747 |
| Tel : (718) 353-8588 | 631-247-4671 |
| Email: rqu@hanglaw.com | Brian.Shenker@JacksonLewis.com |
| *Attorneys for Plainitff* | *Attorneys for Defendant* |