UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK _____x

KWAI YING CORINNA LAM,

                                    Plaintiff,

               -against-

AMERICAN BUSINESS INSTITUTE CORP.,

                               Defendant.

_____x

Civ. No.: 24-CV-00935-DLI-JAM

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or attorneys' fees to any party as against the other.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and by facsimile/scanned signatures, which shall bear the same weight as original signatures.

HANG & ASSOCIATES, PLLC
*ATTORNEYS FOR PLAINTIFF*
136-20 38th Avenue, Suite 10G
Flushing, New York 11354
Tel.: (718) 353-8588

By: _____
      Ge Qu, Esq.

Dated: 8/14/2024

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 250
Melville, New York 11747
Tel.: (631) 247-4671

By: _____
      Brian J. Shenker, Esq.
      Darling C. Gutierrez, Esq.

Dated: 8|15|2024